Gary K. Salomons, Esq., SBN 126280
GABRIELSOLOMONS, LLP
16311 Ventura Blvd., Ste. 970
Encino, California 91436
Telephone: (818) 906-3700
Facsimile: (818) 906-2142

Attorneys for Petitioners
Morgan Stanley Smith Barney LLC
and Morgan Stanley Smith Barney FA Notes Holdings LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS LLC<br><br>Petitioners,<br><br>v.<br><br>JOSEPH JARED SANCHIS<br>a/k/a JOSEPH J. SANCHIS<br>a/k/a JOSEPH SANCHIS<br><br>Respondent. | Civil Action No. 14-cv-04160-EDL<br><br>[~~PROPOSED~~]<br>**DEFAULT JUDGMENT BY CLERK** |

## DEFAULT JUDGMENT BY CLERK

AND NOW, this ___19th___ day of February, 2015, upon consideration of

Petitioners Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney

1

FA Notes Holdings LLC's ("Morgan Stanley") Application for Entry of Default Judgment and pursuant to Fed. R. Civ. P. 55(b)(1), default judgment is, hereby, entered in favor of Morgan Stanley and against Joseph Jared Sanchis a/k/a Joseph J. Sanchis a/k/a Joseph Sanchis ("Sanchis") as follows:

1. ~~The Financial Industry Regulatory Authority arbitration Award served on May 7, 2014 in the matter captioned, Morgan Stanley Smith Barney LLC and Morgan Stanley Smith Barney FA Notes Holdings LLC v. Joseph Jared Sanchis, FINRA Dispute Resolution Case No. 13-02817, is **CONFIRMED**;~~

2. Judgment is entered in favor Morgan Stanley and against Sanchis in the amount of $508,833.45, representing compensatory damages and pre-Award interest.

*Richard W. Wieking*

*R. C. Aantr*

for Clerk of Court