EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address)*: | FOR COURT USE ONLY |
|---|---|
| LAURA M. D'ANNA, Esq. Bar #266113<br>BLEIER & COX, APC                File #: 14-05109-0/1551-50<br>16130 Ventura Blvd., Ste. 620<br>Encino, California 91436-2568<br>TELEPHONE NO.: (866) 784-8084    FAX NO. *(Optional)*: (818) 906-7944<br>ATTORNEY FOR *(Name)*: Plaintiff<br>[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD | |

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 Golden Gates Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco  94103
BRANCH NAME: SAN FRANCISCO DIVISION

PLAINTIFF: MORGAN STANLEY SMITH BARNEY LLC and MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS LLC

DEFENDANT: JOSEPH JARED SANCHIS A/K/A JOSEPH J. SANCHIS A/K/A JOSEPH SANCHIS

**WRIT OF**
[X] EXECUTION (Money Judgment)
[ ] POSSESSION OF [ ] Personal Property
[ ] SALE            [ ] Real Property
[ ] Limited Civil Case    [ ] Small Claims Case
[ ] Unlimited Civil Case  [ ] Other _____

CASE NUMBER: 14-CV-04160-EDL

1. To the Sheriff or Marshal of the LOS ANGELES
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715-040.
3. *(Name):* MORGAN STANLEY SMITH BARNEY LLC AND MORGAN STANLEY SMITH BARNEY FA NOTES HOLDINGS LLC
   is the [X] judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. Judgment debtor *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   Joseph Jared Sanchis a/k/a Joseph J. Sanchis a/k/a Joseph Sanchis
   703 Hiller Street
   Belmont, California 94002

   [ ] additional judgment debtors on next page
5. Judgment entered on *(date)*: 2/19/15
6. [ ] Judgment renewed on *(dates)*:
7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see reverse)*.
8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $     508,833.45
12. Costs after judgment (per filed order
    or memo CCP 685.090)............. $         400.00
13. Subtotal *(add 11 and 12)* ......... $     509,233.45
14. Credits ........................... $          00.00
15. Subtotal *(subtract 14 from 13)* ... $     509,233.45
16. Interest after judgment (per filed affidavit
    CCP 685.050)(not on GC 6103.5 fees) $       1,316.55
17. Fee for issuance of writ .......... $          00.00
18. Total *(add 15, 16, and 17)* ....... $     510,550.00
19. Levying officer:
    (a) Add daily interest from date of writ
        (at the legal rate on 15) (not on
        GC 6103.5 fees) of ...0.000%. .  $           3.35
    (b) Pay directly to court costs included in
        11 and 17 (GC 6103.5, 68637,
        699.520(i)) ................... $           0.00
20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

SUSAN Y SOONG

Issued on *(date)*: 4/7/16    Clerk, by _____, Deputy
                                         ALFRED AMISTOSO

— NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION. —

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, §6103.5
WEB / CLG