UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN STANLEY SMITH BARNEY LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JOSEPH JARED SANCHIS,<br><br>        Defendant. | Case No. 14-cv-04160-AGT<br><br>**ORDER SETTING EXAMINATION OF JUDGMENT DEBTOR JOSEPH JARED SANCHIS**<br><br>Re: Dkt. No. 43 |

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Judgment Debtor Joseph Jared Sanchis must personally appear by Zoom video conference, on December 3, 2021, at 9:00 a.m., before Magistrate Judge Alex G. Tse's Courtroom Deputy to be sworn in. Mr. Sanchis will then join the judgment creditors in a separate virtual meeting to be examined under oath concerning his property or other matters material to the proceeding. A link to the Court's video conference/Zoom webinar is located on the Court's website, at https://www.cand.uscourts.gov/tse-alex-g-agt.\.

2. Judgment Creditors shall personally serve Mr. Sanchis with a copy of this Order and the Application filed at Dkt. 43, and shall provide proof of such service to the Court not less than ten (10) days before the Judgment Debtor Examination.

3. Should Mr. Sanchis fail or refuse to appear at the Judgment Debtor Examination herein scheduled to occur virtually, the Court may adjudicate him guilty of civil contempt of its orders and may issue a warrant or seizure order to compel compliance with this Order.

**IT IS SO ORDERED.**

Dated: October 20, 2021

ALEX G. TSE
United States Magistrate Judge